# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TAQWA KHALID KHALIFAH**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #098255**

### CASE NO. 5:19-CV-239-JM-BD

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**　　　　　　　　　　　　　**DEFENDANT**

### RECOMMENDED DISPOSITION

**I.**　　**Procedure for Filing Objections:**

　　This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Mr. Khalifah may file objections if he disagrees with the findings or conclusions set out in the Recommendation. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

　　To be considered, objections must be filed within 14 days. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Khalifah may waive any right to appeal questions of fact.

**II.**　　**Discussion:**

　　On July 29, 2019, Taqwa Khalid Khalifah[1] filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241, a brief in support of the petition, and an amended brief in support of the petition. (Doc. Nos. 1, 2, 5) He also paid the $5 habeas filing fee. (Doc. No. 7)

---

[1] At the time of his conviction, Mr. Khalifah was known by the name Darrell Haire. *Haire v. State*, 340 Ark. 11 (2000).

On October 4, 2019, the Court ordered the Clerk to convert Mr. Khalifah's habeas petition into a civil case under 42 U.S.C. § 1983. (Doc. No. 10) The Court then ordered Mr. Khalifah to address the civil filing fee requirement. Mr. Khalifah appealed that Order. (Doc. Nos. 12, 14) The Eighth Circuit dismissed Mr. Khalifa's appeal. (Doc. No. 22)

On August 24, 2020, the Court provided Mr. Khalifah one last opportunity to address the civil filing fee requirement. (Doc. No. 24) The Court specifically cautioned Mr. Khalifah that his claims could be dismissed, without prejudice, if he failed to satisfy the filing fee requirement within the time allowed.

As of this date, Mr. Khalifah has not filed a complete application to proceed in forma pauperis; nor has he paid the balance of the $400 filing fee. The time allowed for Mr. Khalifah to respond to the Court's August 24 Order has expired.

### III. Conclusion:

The Court recommends that Mr. Khalifah's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 24, 2020 Order and his failure to prosecute this lawsuit.

DATED this 25th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE