# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TAQWA KHALID KHALIFAH**                                                           **PLAINTIFF**
**ADC #098255**

### CASE NO. 5:19-CV-239-JM-BD

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                               **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. Mr. Khalifah has not filed objections. After careful review of the file, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Khalifah's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's August 24, 2020 Order and his failure to prosecute this lawsuit.

IT IS SO ORDERED this 14th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE