IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TAQWA KHALID KHALIFAH**  **PLAINTIFF**
**ADC #098255**

CASE NO. 5:19-CV-239-JM-BD

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE